Phil Horowitz (State Bar #111624)
Moira McQuaid (State Bar #154232)
Law Offices of Phil Horowitz
One Market Plaza
Steuart Tower, Suite 2630
San Francisco, California 94105
Telephone: (415) 391-0111
Facsimile: (415) 391-0123
E-mail: phil@creative.net

Attorneys for Plaintiff
Bill Berdux

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BERDUX, | Case No.   CV-09-3832 SC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE DEADLINE FOR EXPERT WITNESS DISCLOSURE AND EXPERT WITNESS DISCOVERY |
| v. | |
| PROJECT TIME & COST, INC., PT&C FORENSIC CONSULTING SERVICES, P.A., GROVER DAVIS, BRYAN MAPHET, and DOES 1 through 50, inclusive, | |
| Defendants. | |

    Plaintiff Bill Berdux and Defendants Project Time & Cost, Inc., PT&C Forensic Consulting Services, P.A., Grover Davis and Bryan Maphet(collectively "Defendants"), through their respective counsel, stipulate and agree that:

    1.    The deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(C)(i) for the disclosure of expert witnesses shall be continued from June 9, 2010 to July 7, 2010.

    2.    The discovery cutoff for the parties to take depositions of expert witnesses disclosed on or before July 7, 2010 shall be continued from July 7, 2010 to July 28, 2010.

//

1    3.    There have been no other time modifications in this case, whether
2 by Stipulation or Court Order.
3    4.    The continuation of the deadlines for disclosure of expert witnesses
4 and expert witness depositions should have no impact on the currently scheduled
5 trial date of September 7, 2010.

6 Dated: May 26, 2010                    LAW OFFICES OF PHIL HOROWITZ

8                                    by    __/s/_____
                                           Moira McQuaid
9                                          Attorneys for Plaintiff Bill Berdux

10
   Dated: May 26, 2010                    LEWIS BRISBOIS BISGAARD & SMITH
11                                         LLP

12
                                      by    __/s/_____
13                                          Ursula Tamhane
                                            Attorneys for Defendants Project
14                                          Time & Cost, Inc., PT&C Forensic
                                            Consulting Services, P.A., Grover
15                                          Davis, and Bryan Maphet

17
   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
18

20
   Dated: 6/3/10                           _____
21                                         Hon. Samuel Conti
                                           United States District Judge

- 2 -
STIPULATION AND ORDER RE EXP. WITNESS DISCLOSURE          Case No. CV-09-3832 SC