Phil Horowitz (State Bar #111624)
Moira McQuaid (State Bar #154232)
Law Offices of Phil Horowitz
One Market Plaza
Steuart Tower, Suite 2630
San Francisco, California 94105
Telephone: (415) 391-0111
Facsimile: (415) 391-0123
E-mail: phil@creative.net

Attorneys for Plaintiff
Bill Berdux

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL BERDUX, | Case No.   CV-09-3832 SC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER VACATING PRETRIAL AND TRIAL DATES DUE TO SETTLEMENT |
| v. | |
| PROJECT TIME & COST, INC., PT&C FORENSIC CONSULTING SERVICES, P.A., GROVER DAVIS, BRYAN MAPHET, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff Bill Berdux and Defendants Project Time & Cost, Inc., PT&C Forensic Consulting Services, P.A., Grover Davis, and Bryan Maphet, through their attorneys of record, hereby stipulate to vacating all pretrial and trial dates in this case based on the fact that a settlement was entered on the record. The pretrial dates include the August 13, 2010 hearing on Defendants' Motion for Summary Judgment or Summary Adjudication and the September 3, 2010 Pretrial Conference. The trial date is September 7, 2010. By August 26, 2010, Plaintiff will file a Request for Dismissal with Prejudice based on Defendants

1 | doing something they agreed on the record to do by no later than August 19,
2 | 2010 to implement the settlement.

Dated: August 11, 2010

LAW OFFICES OF PHIL HOROWITZ

by _/s/ Phil Horowitz_
Phil Horowitz
Attorneys for Plaintiff
Bill Berdux

Dated: 8/11/2010

LEWIS BRISBOIS BISGAARD
& SMITH LLP

by _/s/ Nicole Bolson_
Charles O. Thompson
Nicole A. Bolson
Attorneys for Defendants PROJECT TIME & COST, INC., PT&C FORENSIC CONSULTING SERVICES, P.A., GROVER DAVIS, and BRYAN MAPHET

IT IS SO ORDERED.

Dated:  8/13/10

_/s/ Samuel Conti_
United States District Judge
Hon. Samuel Conti

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[STAMP: IT IS SO ORDERED — Judge Samuel Conti]