1  Phil Horowitz (State Bar #111624)
   Moira McQuaid (State Bar #154232)
2  Law Offices of Phil Horowitz
   One Market Plaza
3  Steuart Tower, Suite 2630
   San Francisco, California 94105
4  Telephone:  (415) 391-0111
   Facsimile:  (415) 391-0123
5  E-mail:  phil@creative.net

6  Attorneys for Plaintiff
   Bill Berdux
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  BILL BERDUX,                        )   Case No.      CV-09-3832 SC
                                        )
12              Plaintiff,              )   STIPULATION AND ORDER FOR
                                        )   DISMISSAL WITH PREJUDICE
13     v.                               )   PURSUANT TO SETTLEMENT
                                        )   AGREEMENT
14  PROJECT TIME & COST, INC.,          )
    PT&C FORENSIC CONSULTING            )
15  SERVICES, P.A., GROVER DAVIS,       )
    BRYAN MAPHET, and                   )
16  DOES 1 through 50,                  )
    inclusive,                          )
17                                      )
                Defendants.             )
18                                      )
                                        )
19                                      )
    _____    )
20

21       Plaintiff Bill Berdux and Defendants Project Time & Cost, Inc., PT&C

22  Forensic Consulting Services, P.A., Grover Davis and Bryan Maphet (hereinafter

23  collectively referred to as the "Parties") hereby submit this Stipulation to dismiss

24  this case with prejudice.

25       WHEREAS, the Parties resolved the dispute at a Settlement Conference

26  with Magistrate Judge Spero on July 21, 2010 and a confidential settlement was

27  formally placed on the record; and

28  //

                                    - 1 -
Stipulation and Order to Dismiss Case with Prejudice          Case No. C-09-3832

1      WHEREAS, the Parties now agree that it is appropriate to dismiss this case

2  with prejudice.

3      IT IS HEREBY STIPULATED BETWEEN THE PARTIES that this action shall

4  be dismissed in its entirety, with prejudice.

5  Dated: September 3, 2010        LAW OFFICES OF PHIL HOROWITZ

6

7

8                          by  ____/s/_____

                                   Moira McQuaid

9                                Attorneys for Plaintiff Bill Berdux

10

11  Dated: September 3, 2010        LEWIS BRISBOIS BISGAARD
                                        & SMITH LLP

12

13                        by  ____/s/_____

                                   Nicole A. Bolson

14                                Attorneys for Defendants PROJECT
                                 TIME & COST, INC., PT&C FORENSIC

15                                CONSULTING SERVICES, P.A., GROVER
                                 DAVIS, and BRYAN MAPHET

16

17  IT IS SO ORDERED.

18  Dated:   9/7/10

19

20                                _____
                                United States District Judge

21                                Hon. Samuel Conti

22

23

24

25

26

27

28